

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 2-10-197-CR**

KEVIN TROY TURNER                                                                          APPELLANT

V.

THE STATE OF TEXAS                                                                              STATE

----------

FROM COUNTY CRIMINAL COURT NO. 10 OF TARRANT COUNTY

----------

**MEMORANDUM OPINION[1] AND JUDGMENT**

----------

We have considered appellant's "Motion To Dismiss Appeal" as well as his statement on the record below that he wishes to dismiss his notice of appeal. Considered in conjunction with the record below, the motion substantially complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 5, 2010

---

[1]*See* Tex. R. App. P. 47.4.